UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDSOR SECURITIES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>JANE ANN STAMATOV FAMILY INSURANCE TRUST, et al.,<br><br>  Defendants. | Case No.  15-cv-00080-JST<br><br>**CASE MANAGEMENT ORDER** |

The Defendants are ordered to respond to the Complaint by April 22, 2015.

The parties are ordered to file a Joint Case Management Statement by April 29, 2015.  The Court will conduct a further Case Management Conference on May 13, 2015 at 2:00 p.m.  All parties are ordered to be present.

**IT IS SO ORDERED.**

Dated: April 15, 2015

_____
JON S. TIGAR
United States District Judge