UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WINDSOR SECURITIES, LLC,

    Plaintiff,

v.

JANE ANN STAMATOV FAMILY INSURANCE TRUST, et al.,

    Defendants.

Case No. 15-cv-00080-JST

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference previously set for September 14, 2015 is hereby CONTINUED to October 7, 2015 at 2:00 p.m. An updated joint case management statement is due by September 23, 2015. The statement must include a discussion of the status of each of the related cases currently pending in this district, by name and case number.

The Court notes that the parties failed to file an updated joint case management statement by September 7, 2015, as previously ordered, and hereby gives notice that a future failure may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: September 9, 2015

_____
JON S. TIGAR
United States District Judge