UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDSOR SECURITIES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>JANE ANN STAMATOV FAMILY INSURANCE TRUST, et al.,<br><br>  Defendants. | Case No. 15-cv-00080-JST<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable William H. Orrick for consideration of whether the case is related to John Hancock Insurance Company (U.S.A.) v. Goss, Case No. 14-cv-04651-WHO.

IT IS SO ORDERED.

Dated: October 7, 2015

_____
JON S. TIGAR
United States District Judge